UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LORI HALL, : | |
|     Plaintiff, : | |
| : | |
| v. : | C.A. No. 18-355WES |
| : | |
| CARLOS DEL TORO, SECRETARY, : | |
| U.S. DEPARTMENT OF THE NAVY, : | |
|     Defendant. : | |

## ORDER REGARDING FILINGS IN DISTRICT COURT
## DURING PENDENCY OF APPEALS

Plaintiff Lori Hall presently has four appeals and at least two judicial misconduct complaints pending before the First Circuit Court of Appeals. Recently, she has been emailing to the Clerk of the District Court documents that appear either filed or intended to be filed in the Circuit Court of Appeals. This practice has resulted in confusion regarding what is Plaintiff's intent, including whether she is seeking relief from the District Court. To avoid confusion, Plaintiff is hereby ordered to send filings intended to be filed in District Court to the District Court, following the filing protocol in the Order Regarding Contact with Court Staff (ECF No. 48), and not to email or otherwise send filings intended for the Circuit Court of Appeals to the District Court. Unless otherwise required by law or by a directive from the Circuit Court of Appeals, the Clerk is directed to disregard any emails containing documents that either are copies of documents on file in the Circuit Court of Appeals or are labeled as intended for filing in the Circuit Court of Appeals.

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
August 1, 2022